**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

---

| | |
|---|---|
| CHANA HECHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:10-CV-1172-RNC |
| ) | |
| TITANIUM SOLUTIONS, INC., ) | |
| ) | |
| and ) | |
| ) | |
| DAVID KINYON, ) | |
| ) | |
| and ) | |
| ) | |
| WILLIAM RAVEIS, INC., ) | |
| ) | |
| Defendants. ) | |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., plaintiff Chana Hecht and defendants Titanium Solutions, Inc. and David Kinyon, the only parties that have appeared in this action, hereby stipulate to a dismissal of this action as to all parties (including defendant William Raveis, Inc., who has not appeared in this action) with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

PLAINTIFF CHANA HECHT

DEFENDANTS TITANIUM SOLUTIONS, INC.
AND DAVID KINYON

By: /s/ Lawrence Katz
Lawrence Katz
Law Office of Lawrence Katz
445 Central Avenue, Suite 201
Cedarhurst, NY 11516
(516) 374-2118

By: /s/ Vanessa L. Tran
Vanessa L. Tran
Weiner Brodsky Sidman Kider PC
1300 19th Street, NW, Fifth Floor
Washington, DC 20036
(202) 628-2000

Dated: January 6, 2011

Dated: January 6, 2011

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on January 6, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

<u>/s/ Lawrence Katz    </u>